652

TAYLOR, Special administratrix, Respondent, vs. GUSTAF-
SON and another, Appellants.

For the appellants: *James E. Coleman,* attorney, and *Wil-
liam J. McCauley,* of counsel, both of Milwaukee.
For the respondent: *Cadigan & Cadigan* of Superior.

*By the Court.*—Judgment affirmed.

WATERS and another, Appellants, vs. BERGANDER and an-
other, Respondents.

For the appellants: *A. A. Cooper* of Milwaukee.
For the respondents: *Maurice A. Goldberg* of Milwaukee.

*By the Court.*—Judgment affirmed.

*January 8, 1929.*

E. R. GODFREY & SONS, Appellant, vs. GOLDMAN and others,
Respondents: BAKER and others, Garnishee defendants.

For the appellant: *Alexander, Burke & Clark* of Mil-
waukee.
For the interpleaded defendant and respondent Crown
Specialty Company: *Harry V. Meissner* of Milwaukee.

*By the Court.*—Judgment affirmed.